```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HEALTH ROBOTICS, LLC, HEALTH         :
ROBOTICS NORTH AMERICA, LLC,         :
HR INVESTORS, LLC, JACK              :
ROSENHOOVER, and PETER CAMP,         :
                                     :
               Plaintiffs,           :   CIVIL ACTION
                                     :
     vs.                             :   No. 09-cv-0627
                                     :
JOHN A. BENNETT, DEVON ROBOTICS,     :
LLC, DEVON INTERNATIONAL GROUP, and  :
DEVON MEDICAL, INC.,                 :
                                     :
               Defendants.           :
```

**<u>ORDER</u>**

AND NOW, this 16th day of June, 2009, upon consideration of Defendants' Motion to Dismiss for Improper Venue (Doc. No. 20) and Plaintiffs' Response in Opposition (Doc. No. 23), for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is DENIED.

                                              BY THE COURT:


                                              <u>s/J. Curtis Joyner</u>

                                              J. CURTIS JOYNER, J.