# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTH ROBOTICS, LLC, et al., : | |
| Plaintiffs, : | CIVIL ACTION |
| v. : | No. 09-cv-0627 |
| JOHN A. BENNETT, et al., : | |
| Defendants. : | |

## ORDER

AND NOW, this 22nd day of December, 2009, upon consideration of Defendant Itochu's Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. No. 100) and responses thereto, it is hereby ORDERED that Defendant's Motion is GRANTED and all claims against Defendant Itochu are DISMISSED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.